| | |
|---|---|
| | THE HONORABLE RICARDO S. MARTINEZ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRESERVE OUR ISLANDS, a Washington Non-profit corporation; PEOPLE FOR PUGET SOUND, a Washington Non-profit corporation; and WASHINGTON ENVIRONMENTAL COUNCIL, a Washington Non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS; COLONEL MICHAEL MCCORMACK, in his official capacity as District Engineer for the Seattle District of the U.S. Army Corps of Engineers; UNITED STATES NATIONAL MARINE FISHERIES; D. ROBERT LOHN, in his official capacity as Regional Administrator for the Northwest Region of the National Marine Fisheries Service; UNITED STATES FISH AND WILDLIFE SERVICE and KEN S. BERG, in his official capacity as Manager for Western Washington Fish and Wildlife Office of the U.S. Fish and Wildlife Service,<br><br>Defendants. | No. C08-1353 RSM<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE ON CROSS MOTIONS
FOR SUMMARY JUDGMENT – 1

NO. 08-1353 RSM

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiffs Preserve Our Islands, Washington Environmental Council, and People for Puget Sound ("Plaintiffs"), Defendants U.S. Army Corps of Engineers, Colonel Michael McCormack, United States National Marine Fisheries, D. Robert Lohn, United States Fish & Wildlife Service, and Ken S. Berg ("Federal Defendants), and Intervenor-Defendant Northwest Aggregates Company ("Glacier") (collectively, "the parties") hereby enter into the following stipulation regarding briefing on cross-motions for summary judgment.

The parties are in agreement that the above-captioned case constitutes "an action for review on an administrative record" within the meaning of FRCP 26(a), regarding initial disclosure, and within the meaning of FRCP 26(f) regarding participation in a discovery conference and formulation of a discovery plan.

In light of this, the parties wish to propose a briefing schedule for resolution of the matter on cross motions for summary judgment. Counsel of record for the parties have conferred and reached agreement on a schedule for the briefing and submission of cross motions, and hereby stipulate to the following schedule.

Because the cross-motions for summary judgment should resolve this matter in its entirety, and due to the number of complex issues raised, the parties request leave of the court to modify the page limits in Local Rule CR 7(e)(3).

Briefing Schedule

1. Plaintiffs shall file and serve their motion for summary judgment no later than March 27, 2009. The brief is limited to 35 pages.

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE ON CROSS MOTIONS
FOR SUMMARY JUDGMENT – 2
NO. 08-1353 RSM

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

2. Federal Defendants and Glacier shall file and serve their briefs in opposition to Plaintiffs' motion for summary judgment and any cross-motions for summary judgment no later than April 27, 2009. The briefs are limited to 35 pages each.

3. Plaintiffs shall file any brief constituting a reply in support of their motion for summary judgment and in opposition to any cross-motions for summary judgment filed by Defendants no later than May 26, 2009. The brief is limited to 15 pages.

4. Federal Defendants and Glacier shall file any reply brief in support of their cross-motions for summary judgment no later than June 15, 2009. The briefs are limited to 15 pages each.

5. Both Plaintiffs' motion for summary judgment and Defendants' cross motions for summary judgment shall be noted on the Court's motion calendar for June 19, 2009. Oral argument on the motions will be requested.

<u>Extra-Record Evidence</u>

In addition to the above briefing schedule, the parties agree and stipulate that no party shall cite to, refer to, or otherwise rely upon evidence outside the administrative record.

\\
\\
\\
\\
\\
\\

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE ON CROSS MOTIONS
FOR SUMMARY JUDGMENT – 3
NO. 08-1353 RSM

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**SO STIPULATED.**

Dated this 21st day of January, 2009.

Respectfully submitted,

| | |
|---|---|
| GENDLER & MANN, LLP | RONALD J. TENPAS<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| */s/ David S. Mann*<br>David S. Mann, WSBA No. 21068<br>Ashley A. Peck, WSBA No. 39254<br>Attorneys for Plaintiffs | */s/ J. Brett Grosko*<br>J. Brett Grosko<br>Trial Attorney (MD Bar)<br>Wildlife and Marine Resources Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Ph: 202-305-0342/Fax: 202-305-0275<br>brett.grosko@usdoj.gov |
| CORR CRONIN MICHELSON<br>BAUMGARDNER & PREECE LLP | |
| */s/ William F. Cronin*<br>William F. Cronin, WSBA No. 8667<br>Sarah E. Tilstra, WSBA No. 35706<br>Attorneys for Intervenor-Defendant<br>Northwest Aggregates Company | Daniel G. Steele<br>Trial Attorney (D.C. Bar No. 962894)<br>Natural Resources Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 663<br>Ben Franklin Station<br>Washington, DC 20044-0663<br>Ph: 202-305-0484/Fax: 202-305-0506<br>daniel.steele@usdoj.gov |
| HILLIS CLARK MARTIN & PETERSON | |
| */s/ Stephen H. Roos*<br>Stephen H. Roos, WSBA No. 26549<br>Attorneys for Intervenor-Defendant<br>Northwest Aggregates Company | Monica Derbes Gibson<br>Trial Attorney (VA State Bar No. 36373)<br>Environmental Defense Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 663<br>Ben Franklin Station<br>Washington, DC 20044-0663<br>Attorneys for Federal Defendants<br>Ph: 202-305-0135/Fax: 202-305-8865<br>monica.gibson@usdoj.gov<br>Attorneys for Federal Defendants |

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE ON CROSS MOTIONS
FOR SUMMARY JUDGMENT – 4
NO. 08-1353 RSM

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

IT IS HEREBY ORDERED that the parties' Stipulated Motion Setting Briefing Schedule on Cross-Motions for Summary Judgment is GRANTED.

Dated this 28th day of January, 2009.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

GENDLER & MANN, LLP

*/s/ David S. Mann*
David S. Mann, WSBA No. 21068
Ashley A. Peck, WSBA No. 39254
Attorneys for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

*/s/ J. Brett Grosko*
J. Brett Grosko
Trial Attorney (MD Bar)
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
Ph: 202-305-0342/Fax: 202-305-0275
brett.grosko@usdoj.gov

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE ON CROSS MOTIONS
FOR SUMMARY JUDGMENT – 5
NO. 08-1353 RSM

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Daniel G. Steele
Trial Attorney (D.C. Bar No. 962894)
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663
Ph: 202-305-0484/Fax: 202-305-0506
daniel.steele@usdoj.gov

Monica Derbes Gibson
Trial Attorney (VA State Bar No. 36373)
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663
Ph: 202-305-0135/Fax: 202-305-8865
monica.gibson@usdoj.gov
Attorneys for Federal Defendants

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

*/s/ William F. Cronin*
William F. Cronin, WSBA No. 8667
Sarah E. Tilstra, WSBA No. 35706
Attorneys for Intervenor-Defendant
Northwest Aggregates Company

HILLIS CLARK MARTIN & PETERSON

*/s/ Stephen H. Roos*
Stephen H. Roos, WSBA No. 26549
Attorneys for Intervenor-Defendant
Northwest Aggregates Company

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE ON CROSS MOTIONS
FOR SUMMARY JUDGMENT – 6
NO. 08-1353 RSM

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900