The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRESERVE OUR ISLANDS, a Washington Non-profit Corporation; PEOPLE FOR PUGET SOUND, a Washington Non-profit Corporation; WASHINGTON ENVIRONMENTAL COUNCIL, a Washington Non-profit Corporation;

Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS, et al

Defendants,

and

NORTHWEST AGGREGATES COMPANY,

Defendant-Intervenors.

NO. C08-1353-RSM

DECLARATION OF AMY CAREY IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES AND EXPENSES

I, AMY CAREY, declare as follows:

1. I am the president of plaintiff Preserve Our Islands ("POI") and am competent to testify in this matter. This declaration is offered in support of plaintiffs'

DECLARATION OF AMY CAREY
(C08-1353-RSM)- 1

GENDLER & MANN, LLP
1424 Fourth Avenue, Suite 1015
Seattle, WA 98101
Phone: (206) 621-8868
Fax: (206) 621-0512

motion for attorneys fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. The information in this declaration is based on my personal knowledge.

2. Preserve Our Islands is a qualified "party" pursuant to 28 U.S.C. §2412(d)(2)(B). POI is a federal 501(c)(3) tax exempt organization. POI also has a net worth of less than $7,000,000 and employee less than 500 people.

3. As we prepared to move forward with this litigation, we recognized that we would need attorneys with exceptional legal skills, experience and knowledge of both NEPA and the ESA in order to prevail. We recognized also that due to the extensive administrative record spanning several years that we would need somebody with a solid understanding of the history and facts and the ability to efficiently review and understand the record. While I talked to the Seattle office of the non-profit law firm EarthJustice about representing us, because of their already extensive workload they were unwilling to take on the case due to its complex nature and extensive record. Because of his extensive experience and solid legal reputation local community we retained David Mann of Gendler & Mann, LLP, to represent us. I believe Mr. Mann is one of the only local Seattle area attorneys that was both qualified and willing to handle this complex matter for us.

4. I understand that the base rate for attorneys' fees under EAJA is $125 per hour. I do not believe it is possible to find a local attorney in the Seattle area with the necessary skills and experience to handle litigation like this case at anywhere near that rate.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DECLARATION OF AMY CAREY
(C08-1353-RSM)- 2

Dated this 9th day of September, 2009, in Vashon, Washington.

_____
Amy Carey

DECLARATION OF AMY CAREY
(C08-1353-RSM)- 3

GENDLER & MANN, LLP
1424 Fourth Avenue, Suite 1015
Seattle, WA 98101
Phone: (206) 621-8868
Fax: (206) 621-0512