UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRESERVE OUR ISLANDS, a Washington Non-profit Corporation; PEOPLE FOR PUGET SOUND, a Washington Non-profit Corporation; WASHINGTON ENVIRONMENTAL COUNCIL, a Washington Non-profit Corporation; <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al <br><br> Defendants, <br><br> and <br><br> NORTHWEST AGGREGATES COMPANY, <br><br> Defendant-Intervenors. | NO. C08-1353-RSM <br><br><br> DECLARATION OF DAVID S. MANN IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES AND EXPENSES |

I, David S. Mann, declare as follows:

1.    I am one of the attorneys for plaintiffs.  The information in this declaration is based on my personal knowledge.  The purpose of this declaration is to itemize the attorneys' fees and expense components that comprise Plaintiffs' requests for attorneys'

DECLARATION OF DAVID S. MANN
(C08-1353-RSM)- 1

fees and expenses pursuant to 28 U.S.C. § 241(d) ("EAJA") and to document each attorneys' time, hourly rates, and the expenses incurred by plaintiffs.

2.      The total amount requested in this motion is $93,132.10 consisting of $89,650.00 in attorneys' fees and $3,482.10 in other itemize costs.   The items that comprise this total are summarized below and described in detail in the following paragraphs 8-22 and Exhibits 1-3.

**SUMMARY**

| | | | |
|---|---|---|---|
| 1. | Attorney David S. Mann, 59.8 hours at $325/hour (2008) = | $19,435.00 |
| 2. | Attorney David S. Mann, 153.7 hours at $350/hour (2009) = | $53,795.00 |
| 3. | Attorney Ashley Peck, 32.7 hours at $200/hour = | $6,540.00 |
| 4. | Attorney Brendan Donckers, 49.4 hours at $200/hour = | $9,880.00 |
| 5. | Itemized Expenses = | $3,482.10 |

**TOTAL**                                                                  **$93,132.10**

3.      I have been licensed to practice law since 1991.

4.      I graduated from the University of California with a degree in geophysics in 1982 and worked six years as a professional geophysicist before entering laws school in 1988 at Lewis and Clark law school in Portland, Oregon.   I chose Lewis and Clark because it was (and has continuously been) rated either first or second in the U.S. for its environmental law program.   During my 3 years at Lewis and Clark, in additional to the traditional "bar" classes, I took specialized classes or seminars in a variety of environmental law subjects including the Endangered Species Act, the Clean Water Act, the National Environmental Policy Act, and Federal Public Lands Law.   I also served as an associate editor on the Lewis and Clark Law Review: "Environmental Law."

DECLARATION OF DAVID S. MANN
(C08-1353-RSM)- 2

GENDLER & MANN, LLP
1424 Fourth Avenue, Suite 1015
Seattle, WA 98101
Phone:  (206) 621-8868
Fax: (206) 621-0512

5.      In addition to my class work in law school, I worked all three years as a volunteer and then paid law clerk for the Northwest Environmental Defense Center working with attorneys on a variety of federal environmental law cases including challenges under NEPA and the ESA.

6.      I graduated from Lewis and Clark law school in 1991 with honors, including a certificate in Environmental Law, the Natural Resources Law Institutes Honors for Environmental Leadership, the O'Rourke award for environmental writing and the Manas Scholarship for public interest environmental leadership.

7.      Immediately after passing the Washington State bar in 1991, I joined the Seattle firm of Bricklin & Gendler where I focused my practice on environmental law, natural resource law and land use.   I became a partner at Bricklin & Gendler in 1997.   In 2002, I joined my partner Michael ("Mickey") Gendler in forming a new firm, Gendler & Mann, LLP where I remain today.   During my 18 years of practice, my focus has remained public interest environmental law, natural resources law and land use.   I have represented clients on environmental cases, including NEPA and ESA cases in the Eastern and Western Districts of Washington and Ninth Circuit Court of Appeals.   I have also represented clients in Washington State  "SEPA" cases throughout the State's superior courts, courts of appeal and Washington Supreme Court.   I am a regular speaker at CLE's in Washington on land use and environmental law.   I have been listed by Washington Law and Politics Magazine as a "SuperLawyer" in land use and environmental law for the past 4 years.   My current resume and list of representative cases are available on my website at www.gendlermann.com.

DECLARATION OF DAVID S. MANN
(C08-1353-RSM)- 3

GENDLER & MANN, LLP
1424 Fourth Avenue, Suite 1015
Seattle, WA 98101
Phone:  (206) 621-8868
Fax: (206) 621-0512

8.     During 2008 I charged $325.00 per hour for my time on environmental and land use cases.   I increased my rate to $350.00 per hour beginning January, 2009.   Based on my personal experience, including my experience as managing partner of my firm for the past 5 years and on my knowledge of fees charged by a variety of lawyers in related practices in Washington, I know that my services are worth at least $350.00 per hour in the Seattle market.

9.     Our firm recently tried and prevailed on an employment/retaliation/civil rights case in the Western District of Washington (*Chen and Barahimi v. Dougherty et al.,* Cause No. CV04-0987P).   Last month Judge Pechman awarded my partner Michael Gendler (30 years experience) attorneys' fees at a rate of $400.00 per hour.   Judge Pechman awarded my associate Keith Scully (9 years experience) attorneys' fees at a rate of $300.00 per hour.   Judge Pechman awarded fees for our first year associates at $200.00 per hour.

10.     I have represented plaintiffs in their opposition to the proposed Maury Island gravel loading facility since 2004.   I was initially retained to assist a prior attorney during litigation before the Washington Shoreline Hearings Board.   I took over as lead attorney for plaintiffs in February 2005.

11.     While I assisted plaintiffs in commenting during the federal defendant agencies' review process, technically my work on litigation involving the issues presented to this court began on July 3, 2008 – two days after the Corps' permit decision was issued – when I received a call from Assistant U.S. Attorney Brian Kipnis seeking information on when if and when we expected to appeal the Corps' decision.

DECLARATION OF DAVID S. MANN
(C08-1353-RSM)- 4

12.     I spent have devoted a total of 213.7 hours to representation of the plaintiffs in this litigation, up to and including the preparation of this declaration and fee motion. I will likely spend additional time preparing a reply to any opposition. I will itemize and request this additional time with my reply materials. The bulk of my time was spent researching and preparing the original complaint; preparing briefing related to the temporary restraining order in December, 2008 and then preparing the briefing and argument on the merits.

13.     I keep my billing records on a contemporaneous basis. Exhibit 1 is a true and correct compilation of all of my monthly time statements for plaintiffs from July, 2008 to the present. During the time I was working on this litigation, I was also representing plaintiff Preserve Our Islands in related proceedings in Washington State courts and the Washington Pollution Control Hearings Board. I have deleted all of entries for matters outside of this litigation.

14.     I have also deleted time directly related to issues researched, but either dropped or not pursued in this litigation. For example, I deleted over 10 hours of time billed for research in July, 2008, related to possible claims under the Marine Mammal Protection Act. I similarly deleted 1.6 hours of my time in December, 2008 in reviewing defendants' motion to dismiss plaintiffs' Marine Mammals Protection Act claims and in preparing an amended complaint. While I often relied upon one of my associates for research, I have tried to eliminate duplicate time (including time by associate Brendan Donckers for attending oral argument).

15.     I have included in this fee petition time spent preparing plaintiffs' motion for a temporary restraining order and preliminary injunction. While this motion was

DECLARATION OF DAVID S. MANN
(C08-1353-RSM)- 5

GENDLER & MANN, LLP
1424 Fourth Avenue, Suite 1015
Seattle, WA 98101
Phone: (206) 621-8868
Fax: (206) 621-0512

ultimately unsuccessful, I believe that the time spent preparing the motion and reviewing the federal record was well spent and carried over to subsequent briefing on the merits.

16.     Considering the complexity of the record and complexity of the issues in this matter, I believe that the request for compensation for 213.5 hours of my time on this litigation at $325 per hour for 2008 and $350.00 per hour for 2009 is reasonable. The reasonable value of my time on this litigation is $73,230.00.

17.     I relied also on other lawyers in our firm to assist in this litigation. The individuals who worked on the case include associates Ashley Peck and Brendan Donckers. Using associate attorneys to research and draft initial pleadings was efficient and allowed us to accomplish many of these tasks at a lower cost.

18.     Attorney Ashley Peck graduated from the University of Washington School of Law in 2007 and worked for us as an associate attorney from 2007 to 2008. Ms. Peck subsequently left our firm to take a position with K&L Gates. The hourly rate of $200.00 per hour is a reasonable rate for a first year associate attorney in the Seattle Market. Ms. Peck devoted 32.7 hours of time to this case in July, 2008, researching and drafting the initial complaint. Ex. 1. I believe that these hours were reasonable. The reasonable value of Ms. Peck's time on this case is $6,540.00.

19.     Attorney Brendan Donckers graduated from Seattle University Law School in 2008 and began working for us as a first-year associate in September, 2008. The hourly rate of $200.00 per hour is a reasonable rate for a first year associate attorney in the Seattle Market. Mr. Donckers devoted 49.4 hours to this case between December, 2008 and June, 2009, primarily researching and assisting in preparing briefs. Ex. 1. I believe that these

DECLARATION OF DAVID S. MANN
(C08-1353-RSM)- 6

**GENDLER & MANN, LLP**
1424 Fourth Avenue, Suite 1015
Seattle, WA 98101
Phone: (206) 621-8868
Fax: (206) 621-0512

hours were reasonable. The reasonable value of Mr. Donckers' time on this case is $9,880.00.

20. Exhibit 2 is a summary table of time billed by attorneys in my office.

21. Plaintiffs incurred various expenses in pursuing this matter. These expenses included: (1) $350.00 filing fee; (2) $132.10 for service fees; and (3) $3,000.00 for expert witness fees for David Bain, Ph.D. A true and correct copy of Dr. Bain's invoice is attached as Exhibit 3.

22. I believe these costs, including expert witness fees were reasonable and necessary. Plaintiffs will also incur necessary and reasonable expenses for an expert declaration from David A. Bricklin in support of this fee petition. Those expenses will be itemized in the reply.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 11th day of September, 2009, in Seattle, Washington.

David S. Mann

GENDLER & MANN, LLP
1424 Fourth Avenue, Suite 1015
Seattle, WA 98101
Phone: (206) 621-8868
Fax: (206) 621-0512

# EXHIBIT 1

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| | | Matter 32-1    Preserve Our Island | | |
| | | First matter | | |
| 07/02/08 Billed | ~~DSM~~ ~~Hourly~~ | ~~phone call with Amy~~ | ~~0.10~~ | |
| 07/03/08 Billed | DSM | Hourly Phone call with Brian Kipnis | 0.20 | |
| 07/07/08 Billed | ~~DSM~~ ~~Hourly~~ | ~~phone call with Amy~~ | ~~0.10~~ | |
| 07/07/08 Billed | ~~DSM~~ ~~Hourly~~ | ~~email~~ | ~~0.10~~ | |
| 07/08/08 Billed | ~~DSM~~ ~~Hourly~~ | ~~FOIA Request~~ | ~~0.20~~ | |
| 07/08/08 Billed | ~~DSM~~ ~~Hourly~~ | ~~Conference with AP~~ | ~~0.10~~ | |
| 07/08/08 Billed | ~~AAP~~ ~~Hourly~~ | ~~conference with DM~~ ... ~~Maury Island Aquatic~~ ... ~~legal research - section 10, 104, MMPA~~ | ~~7.50~~ | |
| 07/09/08 Billed | AAP | Hourly Legal research on section 10, ESA, MMA | 3.40 | |
| 07/10/08 Billed | ~~DSM~~ ~~Hourly~~ | ~~review management plans, Email to Amy L, Phone call with~~ ~~Amy Carey~~ | ~~0.30~~ | |
| 07/10/08 Billed | AAP | Hourly Legal research on ESA - section 7(a)(2) and consultation requirements, section 9 and 10 | 6.40 | |
| 07/11/08 Billed | ~~DSM~~ ~~Hourly~~ | ~~review declaration, review Shorewords, Stewards~~ | ~~2.50~~ | |
| 07/11/08 Billed | AAP | Hourly Legal research on ESA section 9 prospective "take" cause of action; section 10 guidance in case law | 4.30 | |

| Date | Timekeeper | Transaction Type | Hours | Amount |
|------|-----------|------------------|-------|--------|
| Status | | Description | | |

---

| 07/14/08 | o DSM | Hourly | 1.00 | |
| Billed | | Meet with Ashley: legal research | | |
| 07/14/08 | ~~DSM~~ ~~Hourly~~ | | ~~1.00~~ | |
| Billed | | ~~Research on Aquatic Lands~~ | | |
| 07/14/08 | o DSM | Hourly | ~~2.70~~ 1.4 | |
| Billed | | LR and review record for ESA claims; MMPA claims | | |
| 07/14/08 | o AAP | Hourly | 4.20 | |
| Billed | | Review Corps decision documents; meeting with DM; find all critical habitat designations, listings | | |
| 07/15/08 | o DSM | Hourly | 0.40 | |
| Billed | | Phone Call with Amy | | |
| 07/15/08 | ~~DSM~~ ~~Hourly~~ | | ~~0.20~~ | |
| Billed | | ~~Review HPA Decision~~ | | |
| 07/15/08 | o DSM | Hourly | 4.00 | |
| Billed | | Legal research; review and prepare complaint | | |
| 07/15/08 | AAP | Hourly | 6.20 | |
| Billed | | Research on critical habitat; Magnuson Stevens Act; reviewing BEs and concurrence letters | | |
| 07/16/08 | o DSM | Hourly | 4.00 | |
| Billed | | Research and prepare complaint | | |
| 07/16/08 | o DSM | Hourly | 0.20 | |
| Billed | | Phone call with AC | | |
| 07/16/08 | o AAP | Hourly | 5.10 | |
| Billed | | Review orca listing/critical habitat/BE; Draft 60-notice to Corps and Glacier on section 9 and 7(a)(2); compile notice and service reqs and addresses | | |
| 07/17/08 | o DSM | Hourly | 2.00 | |
| Billed | | Complaint | | |
| 07/18/08 | b DSM | Hourly | 4.00 | |
| Billed | | Complaint | | |

| Date | Timekeeper | Transaction Type | Hours | Amount |
|------|-----------|------------------|-------|--------|
| Status | | Description | | |

| Date/Status | Timekeeper | Transaction Type / Description | Hours | Amount |
|-------------|-----------|-------------------------------|-------|--------|
| 07/18/08 Billed | DSM | Hourly — Research re: service requirements | 0.20 | |
| 07/18/08 Billed | ~~AAP~~ | ~~Hourly~~ — ~~Edit re: Corps 60-day notice letter~~ | ~~0.60~~ | |
| 07/22/08 Billed | ~~DSM~~ | ~~Hourly~~ — ~~HPA appeal~~ | ~~0.00~~ | |
| 07/22/08 Billed | ~~DSM~~ | ~~Hourly~~ — ~~Conference with AP re: MMPA, EFH provisions of MSA~~ | ~~0.50~~ | |
| 07/22/08 Billed | ~~AAP~~ | ~~Hourly~~ — ~~Review complaint; edit 60-day notice letters; additional research re: MMPA, Magnuson Essential Fish Habitat~~ | ~~5.30~~ | |
| 07/23/08 Billed | ~~DSM~~ | ~~Hourly~~ — ~~Review and respond to email~~ | ~~0.10~~ | |
| 07/23/08 Billed | ~~DSM~~ | ~~Hourly~~ — ~~Phone call with Amy Carey~~ | ~~0.20~~ | |
| 07/23/08 Billed | ~~DSM~~ | ~~Hourly~~ — ~~Prepare HPA appeal~~ | ~~1.00~~ | |
| 07/23/08 Billed | ~~DSM~~ | ~~Hourly~~ — ~~Finalize HPA Appeal~~ | ~~1.50~~ | |
| 07/23/08 Billed | ~~DSM~~ | ~~Hourly~~ — ~~Review solid waste letters; phone call with Amy; begin research~~ | ~~3.50~~ | |
| 07/23/08 Billed | ~~AAP~~ | ~~Hourly~~ — ~~Edits to complaint—MMPA, MSFA; review biological oral/FIS, calls with Amy~~ | ~~4.50~~ | |
| 07/24/08 Billed | ~~AAP~~ | ~~Hourly~~ — ~~Call with Amy, look for files~~ | ~~0.60~~ | |
| 07/24/08 Billed | AAP | Hourly — Edits to complaint | 0.50 | |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| 07/25/08 Billed | *o* AAP | Hourly Edits to complaint | 0.70 | |
| 07/27/08 Billed | DSM Hourly | ~~~~ | ~~~~ | |
| 07/28/08 Billed | *o* AAP | Hourly Add PPS to complaint, edits, research on jurisdictional deadlines, e-mail to DM | 1.90 | |
| 07/29/08 Billed | DSM Hourly | ~~~~ | ~~~~ | |
| 07/30/08 Billed | DSM Expense | ~~~~ | | ~~~~ |
| 07/30/08 Billed | DSM Hourly | ~~review and respond to email~~ | ~~~~ | |
| 07/30/08 Billed | DSM Hourly | ~~Phone call with Amy Group~~ | ~~~~ | |
| 07/30/08 Billed | *o* DSM Hourly | ~~Phone call with Michael Mayer~~ | ~~~~ | |
| 07/31/08 Billed | *o* DSM | Hourly Phone Call with Steve Mashude (EJ) | 0.50 | |
| 07/31/08 Billed | DSM Unit | ~~Photocopies~~ | | ~~~~ |

| | | | Hours: | 80.10 | |
|---|---|---|---|---|---|
| Matter 32-1 48 transactions | | | Expenses: | | 56.85 |

| | | | Hours: | 80.10 | |
|---|---|---|---|---|---|
| 48 transactions 1 matter | | | Expenses: | | 56.85 |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|

---

Matter 32-1         Preserve Our Island
First matter

| Date | | | | |
|---|---|---|---|---|
| 08/04/08 Billed | DSM | Hourly ~~Phone call with Mickhol Gressman~~ | | ~~⸺~~ |
| 08/05/08 Billed | DSM | ~~Hourly~~ ~~phone call with A⸺~~ | 0.20 | |
| 08/08/08 Billed | DSM | ~~Hourly~~ ~~Meeting with Amy~~ | 1.30 | |
| 08/08/08 Billed | DSM | ~~Hourly~~ ~~Phone calls with clerk; emails with opposing Counsel re: hearing schedule~~ | 0.20 | |
| 08/11/08 Billed | DSM | Hourly Review files for litigation timelines; email to client; review WEC standing statement. | 1.00 | |
| 08/12/08 Billed | ~~DSM~~ | ~~Hourly~~ ~~⸺⸺⸺⸺~~ | ~~1.00~~ | |
| 08/13/08 Billed | DSM | Hourly additional research; revise complaint; revise and finalize 60 day notices; ~~⸺⸺~~ | ~~4.00~~ 1.0 | |
| 08/14/08 Billed | DSM | Hourly Research and revise | 0.50 | |
| 08/15/08 Billed | ~~DSM~~ | ~~Hourly~~ ~~Ltr; review documents; outline petition for review to I⸺; email to G⸺~~ | ~~3.00~~ | |
| 08/18/08 Billed | DSM | ~~Hourly~~ ~~⸺⸺~~ | ~~2.50~~ | |
| 08/19/08 Billed | DSM | Hourly ~~Phone calls with Dif 'd B⸺~~ Phone calls with Amy Carey; Phone call with Steve Mashuda; Review Mashuda's comments; | ~~3.30~~ 3.0 | |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| | | LR re: service on Glacier; Revise and finalize 60 day notices; Edits to Federal Complaint; Finalize service requirements for Federal | | |
| 08/20/08 Billed | DSM | Hourly Additional legal research re: ESA claims; phone call with Steve Mashuda; finalize for filing complaint, ESA 60 day notices; ~~PCHP~~ | ~~1.50~~ 1.3 | |
| 08/20/08 Billed | DSM | Hourly Phone call with Amy | 0.20 | |
| 08/21/08 Billed | DSM | ~~Hourly~~ ~~Review HPA; Phone calls with Court reporter, Brendan, Gary~~ | 0.40 | |
| 08/29/08 Billed | KPS | ~~Hourly~~ ~~to A. Carey; email current version of pleadings; review pleadings; correct typos and other errors in PCHP filing~~ | 1.60 | |
| 08/31/08 Billed | DSM | ~~Unit~~ ~~Photocopies~~ | | 1.65 |
| Matter 32-1 16 transactions | | Hours: Expenses: | 21.60 7.0 | 1.65 |
| 16 transactions 1 matter | | Hours: Expenses: | 21.60 7.0 | 1.65 |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| Matter 32-1 | | Preserve Our Island First matter | | |
| 09/02/08 Billed | KPS | Hourly | 1.10 | |
| 09/03/08 Billed | KPS | Hourly | 0.50 | |
| 09/08/08 Billed | DSM | Hourly | 1.40 | |
| 09/09/08 Billed | DSM | Expense Clerk, U.S. District Court - filing fee | | 350.00 |
| 09/09/08 Billed | DSM | Hourly Phone Calls with Laura, Amy, Stiffler, Bill, Michael Meyer; Meeting with Laura W.; Prepare and oversee filing; | 2.70 | |
| 09/10/08 Billed | DSM | Expense U.S. Post Office - mailing expenses, USDC (certified mail) | | 132.10 |
| 09/10/08 Billed | DSM | Hourly | 0.50 | |
| 09/15/08 Billed | DSM | Hourly | 0.30 | |
| 09/22/08 Billed | DSM | Hourly | 0.50 | |
| 09/24/08 Billed | DSM | Hourly | 0.60 | |
| 09/26/08 Billed | DSM | Hourly | 1.00 | |
| 09/30/08 Billed | DSM | Unit Photocopies | | 81.90 |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|

Matter 32-1        Preserve Our Island
First matter

| 12/01/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | |
| 12/02/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮▮ | ▮▮▮ | |
| 12/03/08 Billed | DSM | Expense ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮ |
| 12/03/08 Billed | DSM | Expense ▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮ |
| 12/03/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | |
| 12/03/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮▮ | ▮▮▮ | |
| 12/03/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮ | ▮▮▮ | |
| 12/04/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮▮▮ | ▮▮▮ | |
| 12/04/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮ | ▮▮▮ | |
| 12/04/08 Billed | DSM | Hourly Legal Research to outline case for TRO in federal court | 0.50 | |
| 12/04/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮▮▮ | ▮▮▮ | |
| 12/04/08 Billed | DSM | Hourly ▮▮▮▮▮▮▮ | ▮▮▮ | |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/08 Billed | DSM | Hourly ~~Review and respond to email from B~~ | ▬▬ | |
| 12/04/08 Billed | DSM | Hourly ~~Prepare research memo for Dew~~ | 0.50 | |
| 12/04/08 Billed | DSM | Hourly ~~Begin work on HPA appeal~~ | ▬▬ | |
| 12/05/08 Billed | DSM | Hourly ~~Phone calls, email; Legal research re: DIA action; Prepare 60~~ ~~day notice re: King County; Begin preparing DIA action~~ | ▬▬ | |
| 12/05/08 Billed | DSM | Hourly ~~Prepare draft DIA action; Phone call with Amy~~ ~~(no charge)~~ | ▬▬ | |
| 12/05/08 Billed | KPS | Hourly ~~Meet with D Mapp; research declaratory judgment question;~~ ~~start draft of new complaint~~ | 1.40 | |
| 12/06/08 Billed | DSM | Hourly ~~Prepare HPA Petition for Review~~ | ▬▬ | |
| 12/06/08 Billed | DSM | Hourly ~~Review email; pull together standards for Section 9~~ | 0.50 | |
| 12/06/08 Billed | DSM | Hourly ~~Phone call with AG~~ | 1.20 | |
| 12/07/08 Billed | DSM | Hourly ~~Legal Research and work on possible injunction~~ | ▬▬ | |
| 12/08/08 Billed | DSM | Expense ~~King County Superior Court Clerk - filing fee~~ | | 200.00 |
| 12/08/08 Billed | DSM | Hourly ~~Legal research; prepare motion; review declarations; phone~~ calls; review record; | ▬▬ | |
| 12/08/08 Billed | BWD | Hourly ~~Second Amended Complaint~~ | 1.00 | |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/08 Billed | DSM | Hourly ███████ | ███ | |
| 12/09/08 Billed | DSM | Hourly Review Bain Dec | 0.50 | |
| 12/09/08 Billed | BWD | Hourly Legal research | 4.00 | |
| 12/10/08 Billed | DSM | Hourly ███████ | ████ | |
| 12/10/08 Billed | DSM | Hourly Work on federal case; phone and email | 2.00 | |
| 12/11/08 Billed | DSM | Hourly Work of federal action; ███████ | ~~6.00~~ 1.0 | |
| 12/11/08 Billed | KPS | Hourly ███████ | ████ | |
| 12/12/08 Billed | KPS | Hourly ███████ | ████ | |
| 12/12/08 Billed | BWD | Hourly Legal research | 5.50 | |
| 12/14/08 Billed | DSM | Hourly Research and prepare briefing | 8.00 | |
| 12/15/08 Billed | DSM | Hourly Research and Prepare Briefing | 8.00 | |
| 12/16/08 Billed | DSM | Hourly Finalize and file | 1.00 | |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| 12/16/08 Billed | ~~KDS~~ | ~~Hourly~~ ~~Prepare reply brief~~ | ~~●●●~~ | |
| 12/17/08 Billed | ~~KDS~~ | ~~Hourly~~ ~~Prepare reply brief~~ | ~~3.30~~ | |
| ø 12/18/08 Billed | DSM | Hourly Review Fed and Glacier Response Briefs; Begin Work on Reply | 3.50 | |
| ø 12/18/08 Billed | DSM | Hourly Reply Brief in support of TRO | 3.50 | |
| 12/18/08 Billed | ~~KDS~~ | ~~Hourly~~ ~~Prepare reply brief~~ | ~~6.10~~ | |
| ø 12/18/08 Billed | BWD | Hourly Legal research | 3.30 | |
| 12/19/08 Billed | ~~KDS~~ | ~~Hourly~~ ~~Prepare reply brief~~ | ~~0.70~~ | |
| ø 12/19/08 Billed | BWD | Hourly Legal research | 2.40 | |
| 12/29/08 Billed | ~~DSM~~ | ~~Hourly~~ ~~Review DNR record; prepare letters DNR~~ | ~~1.50~~ | |
| 12/30/08 Billed | ~~DSM~~ | ~~Hourly~~ ~~Review ... Public Record Request from DNR~~ | ~~1.00~~ | |
| 12/31/08 Billed | ~~DSM~~ | ~~Expense~~ ~~Federal Express delivery~~ | | ~~15.94~~ |
| ø 12/31/08 Billed | DSM | Hourly Initial review of Federal Brief | 0.20 | |
| 12/31/08 Billed | ~~DSM~~ | ~~Hourly~~ ~~Email exchange with Danny re discovery~~ | ~~0.10~~ | |
| 12/31/08 Billed | ~~DSM~~ | ~~Hourly~~ ~~Phone call with DNR re record request~~ | ~~0.10~~ | |

| Date | Timekeeper | Transaction Type | Hours | Amount |
|---|---|---|---|---|
| Status | | Description | | |

Matter 32-1     Preserve Our Island
          First matter

| 01/02/09 | ~~DSM~~ ~~Hourly~~ | | ~~0.10~~ | |
| Billed | ~~Review and Calendar WDFW Scheduling Order~~ | | | |

| 01/02/09 | ~~DSM~~ ~~Hourly~~ | | ~~0.10~~ | |
| Billed | ~~Review and Calendar DNR Scheduling Order~~ | | | |

| 01/02/09 | DSM | Hourly | 0.50 | |
| Billed | Review Fed and Glacier response re: P.I. | | | |

| 01/02/09 | DSM | Hourly | 0.10 | |
| Billed | Phone call with Amy | | | |

| 01/05/09 | DSM | Hourly | 0.10 | |
| Billed | Review Courts' Order; Notice withdrawing P.I. | | | |

| 01/06/09 | DSM | Hourly | 0.10 | |
| Billed | Phone call with Cronin et al. | | | |

| 01/07/09 | ~~DSM~~ ~~Expense~~ | | | ~~21.76~~ |
| Billed | ~~Federal Express - delivery~~ | | | |

| 01/07/09 | ~~DSM~~ ~~Hourly~~ | | ~~0.70~~ | |
| Billed | ~~Review email on Send Lance, pull and review Corps and HPA~~ ~~permits and code. Email to Amy.~~ | | | |

| 01/07/09 | ~~DSM~~ ~~Hourly~~ | | ~~0.10~~ | |
| Billed | ~~Email exchange re: SL~~ | | | |

| 01/07/09 | ~~DSM~~ ~~Hourly~~ | | ~~0.10~~ | |
| Billed | ~~Conference with Counsel re: RCUB discovery~~ | | | |

| 01/07/09 | DSM | Hourly | 0.20 | |
| Billed | Email and conference with Counsel re: federal scheduling | | | |

| 01/07/09 | DSM | Hourly | 0.10 | |
| Billed | Phone call with Amy | | | |

| 01/07/09 | ~~DSM~~ ~~Hourly~~ | | ~~0.10~~ | |
| Billed | ~~Review Send Land spanning records, email and call to Amy~~ | | | |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|

---

| 01/07/09 Billed | DSM | Hourly | |
| 01/07/09 Billed | DSM | Hourly | |
| 01/07/09 Billed | | Hourly | |
| 01/08/09 Billed | o DSM | Hourly<br>Email exchange with opposing counsel re: briefing schedule | 0.10 |
| 01/12/09 Billed | DSM | Hourly | |
| 01/13/09 Billed | DSM | Hourly | |
| 01/15/09 Billed | DSM | Hourly | |
| 01/15/09 Billed | DSM | Hourly | |
| 01/15/09 Billed | DSM | Hourly | |
| 01/20/09 Billed | DSM | Hourly<br>Email exchange with Opposing Counsel | 0.10 |
| 01/21/09 Billed | o DSM | Hourly<br>Prepare stipulated order; Conference call with opposing Counsel | 0.50 |
| 01/21/09 Billed | DSM | Hourly | |
| 01/27/09 Billed | DSM | Expense | |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/09 Billed | ~~PSM~~ ~~Hardy~~ | ~~Review and respond to email~~ | ~~~~ | |
| 01/29/09 Billed | ~~PSM~~ ~~Hardy~~ | ~~Review letter from Brady, email to Amy, phone call to D. Carter~~ ~~memories~~ | ~~0.30~~ | |
| 01/30/09 Billed | ~~PSM~~ ~~Hardy~~ | ~~Phone call to~~ | | ~~~~ |

| | | | Hours: | 6.30 | |
|---|---|---|---|---|---|
| Matter 32-1 29 transactions | | | Expenses: | | 208.36 |
| 29 transactions 1 matter | | | Hours: Expenses: | 6.30 | 208.36 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Hours | Amount |
|---|---|---|---|---|
| Matter 32-1 | | Preserve Our Island<br>First matter | | |
| 03/05/09<br>Billed | DSM | Hourly<br>review pleadings; begin outline | 0.50 | |
| 03/05/09<br>Billed | DSM | Hourly<br>Meeting with Amy | 1.50 | |
| 03/10/09<br>Billed | DSM | Hourly<br>Legal Research | 4.00 | |
| 03/12/09<br>Billed | DSM | Hourly<br>Legal research and outline brief | 4.00 | |
| 03/13/09<br>Billed | DSM | Hourly<br>Research record; work on brief | 1.00 | |
| 03/16/09<br>Billed | DSM | Hourly<br>Legal research and prepare brief | 4.00 | |
| 03/17/09<br>Billed | DSM | Hourly<br>Review and respond to email from Amy Leitman re: definitions | 0.10 | |
| 03/17/09<br>Billed | DSM | Hourly<br>Brief | 5.00 | |
| 03/17/09<br>Billed | DSM | Hourly<br>Phone call with AC | 0.20 | |
| 03/18/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Phone call with Duncan Greene~~ | ~~0.30~~ | |
| 03/18/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Email exchange re: scheduling~~ | ~~0.10~~ | |
| 03/18/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Review documents and email~~ | ~~0.20~~ | |
| 03/18/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Review binding language~~ | ~~0.10~~ | |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Hours | Amount |
|---|---|---|---|---|
| 03/19/09<br>Billed | DSM | Hourly<br>Email and phone exchanges; draft motion to amend schedule | 0.50 | |
| 03/19/09<br>Billed | DSM | Hourly<br>Review docs; exchange emails; brief | 1.00 | |
| 03/23/09<br>Billed | DSM | Hourly<br>Finalize and file stipulation | 0.10 | |
| 03/23/09<br>Billed | DSM | Hourly<br>Phone call with Amy Carey. | 0.10 | |
| 03/27/09<br>Billed | DSM | Hourly<br>Brief | 3.50 | |

| Matter 32-1 | | Hours: | 26.30 | |
|---|---|---|---|---|
| 18 transactions | | Expenses: | | 0.00 |

| 18 transactions | | Hours: | 26.30 | |
|---|---|---|---|---|
| 1 matter | | Expenses: | | 0.00 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Hours | Amount |
|---|---|---|---|---|

---

Matter 32-1                Preserve Our Island
First matter

| 04/07/09 | DSM | Hourly | 4.00 |
| Billed | | Legal Research and Brief; Phone call with Amy. | |

| 04/08/09 | DSM | Hourly | 5.00 |
| Billed | | Record review; legal research; Brief | |

| 04/09/09 | DSM | Hourly | 5.50 |
| Billed | | Brief | |

| 04/10/09 | DSM | Hourly | 8.00 |
| Billed | | Brief | |

| 04/11/09 | DSM | Hourly | 3.00 |
| Billed | | Brief | |

| 04/12/09 | DSM | Hourly | 5.00 |
| Billed | | Brief | |

| 04/13/09 | DSM | Hourly | 4.00 |
| Billed | | Brief | |

| 04/14/09 | DSM | Hourly | 0.80 |
| Billed | | Phone call with Amy | |

| 04/14/09 | DSM | Hourly | 0.50 |
| Billed | | Brief | |

| 04/14/09 | BWD | Hourly | 0.60 |
| Billed | | Legal research (cumulative impacts) | |

| 04/15/09 | DSM | Hourly | 8.00 |
| Billed | | Brief | |

| 04/15/09 | BWD | Hourly | 1.70 |
| Billed | | Legal research | |

| 04/16/09 | DSM | Hourly | 0.30 |
| Billed | | Phone calls & emails re: extension | |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Hours | Amount |
|---|---|---|---|---|
| 04/16/09<br>Billed | DSM | Hourly<br>Brief | 6.00 | |
| 04/17/09<br>Billed | DSM | Hourly<br>Brief | 4.00 | |
| 04/20/09<br>Billed | DSM | Hourly<br>Brief (reduced time) | 11.00 | |
| 04/21/09<br>Billed | DSM | Hourly<br>Brief | 7.00 | |
| 04/21/09<br>Billed | BWD | Hourly<br>Legal research | 0.70 | |
| 04/24/09<br>Billed | ~~DSM~~ | ~~Hourly~~ | | |

| | | | Hours: | 75.30 | |
|---|---|---|---|---|---|
| Matter 32-1<br>19 transactions | | | Expenses: | | 0.00 |

| 19 transactions<br>1 matter | | | Hours:<br>Expenses: | 75.30 | 0.00 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Hours | Amount |
|---|---|---|---|---|
| ~~05/13/09~~<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Review and respond to email with PC; Legal Research~~ | ~~0.20~~ | |
| 05/13/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Phone call with PC~~ | ~~0.30~~ | |
| 05/13/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Email with Court clerk~~ | ~~0.10~~ | |
| 05/13/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~DNR Brief~~ | ~~4.00~~ | |
| 05/14/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~DNR Brief~~ | ~~4.00~~ | |
| 05/15/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~email and phone call with Clerk; emails regarding appeal~~ | ~~0.50~~ | |
| 05/15/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~DNR Brief~~ | ~~0.10~~ | |
| 05/20/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Phone call with PC~~ | ~~0.40~~ | |
| 05/20/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~Review pleadings, respond to emails~~ | ~~0.30~~ | |
| 05/22/09<br>Billed | DSM | Hourly<br>phone call with Amy; Review fed brief | 0.30 | |
| 05/22/09<br>Billed | BWD | Hourly<br>Reviewing Resp to MSJ | 0.90 | |
| 05/25/09<br>Billed | BWD | Hourly<br>Reviewing MSJ, Response to / Cross MSJ | 0.00 | |
| 05/26/09<br>Billed | DSM | Hourly<br>Review Federal research | 0.10 | |
| ~~05/26/09~~<br>Billed | ~~BWD~~ | ~~Hourly~~<br>~~Transmitting review to DM~~ | ~~0.00~~ | |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Hours | Amount |
|---|---|---|---|---|
| 05/27/09<br>Billed | ~~DSM~~ ~~Hourly~~<br>~~BNB Brief~~ | | ~~2.00~~ | |
| 05/27/09<br>Billed | ~~BWD~~ ~~Hourly~~<br>~~Correspondence w/ DM (Fed Rules CP)~~ | | ~~0.00~~ | |
| 05/28/09<br>Billed | DSM | Hourly<br>Federal Brief | 4.00 | |
| 05/29/09<br>Billed | ~~DSM~~ ~~Hourly~~<br>~~Read and respond to emails from TS and Grand BNB public~~<br>~~r~~ | | ~~5.00~~ | |
| 05/29/09<br>Billed | DSM | Hourly<br>Federal Brief | 2.00 | |
| 05/29/09<br>Billed | BWD | Hourly<br>Reply brief | 3.20 | |
| 05/30/09<br>Billed | BWD | Hourly<br>Reply brief | 6.40 | |
| 05/31/09<br>Billed | DSM | Hourly<br>Federal Brief | 10.00 | |
| 05/31/09<br>Billed | BWD | Hourly<br>Reply brief | 5.80 | |

| | | | Hours: | 58.30 | |
|---|---|---|---|---|---|
| Matter 32-1<br>35 transactions | | | Expenses: | | 0.00 |
| 35 transactions<br>1 matter | | | Hours:<br>Expenses: | 58.30 | 0.00 |

| Date | Timekeeper | Transaction Type | Hours | Amount |
|------|-----------|------------------|-------|--------|
| Status | | Description | | |

Matter 32-1           Preserve Our Island
First matter

| Date / Status | Timekeeper | Transaction Type / Description | Hours |
|---------------|-----------|-------------------------------|-------|
| 06/01/09 Billed | DSM | Hourly / Review draft federal Brief | 1.00 |
| 06/01/09 Billed | BWD | Hourly / Federal reply brief | 6.10 |
| 06/01/09 Billed | BWD | Hourly / Legal research related to brief | 0.40 |
| 06/02/09 Billed | DSM | Hourly / Federal Brief | 0.50 |
| 06/02/09 Billed | BWD | Hourly / Legal research related to brief | 5.40 |
| 06/03/09 Billed | ~~DSM~~ | ~~Hourly~~ / ~~BNR Brief~~ | ~~────~~ |
| 06/03/09 Billed | DSM | Hourly / Federal Brief | 1.00 |
| 06/03/09 Billed | BWD | Hourly / Federal reply brief | 3.00 |
| 06/04/09 Billed | ~~DSM~~ | ~~Hourly~~ / ~~BNR Brief revise, edit~~ | ~~────~~ |
| 06/04/09 Billed | ~~DSM~~ | ~~Hourly~~ / ~~phone call with Amy~~ | ~~────~~ |
| 06/05/09 Billed | ~~DSM~~ | ~~Hourly~~ / ~~BNR Brief~~ | ~~────~~ |
| 06/06/09 Billed | ~~DSM~~ | ~~Hourly~~ / ~~BNR Brief~~ | ~~────~~ |
| 06/08/09 Billed | ~~DSM~~ | ~~Hourly~~ / ~~Finalize BNR Brief~~ | ~~────~~ |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/09 Billed | ◦ DSM | Hourly Federal Reply (discounted to 4 hours) | 4.00 | |
| 06/18/09 Billed | DSM Hourly | ~~██████████████████~~ | ~~████~~ | |
| 06/23/09 Billed | DSM Hourly | ~~██████████████████~~ | ~~████~~ | |
| 06/23/09 Billed | DSM Hourly | ~~██████████████████~~ | ~~████~~ | |
| 06/26/09 Billed | DSM Hourly | ~~██████████████████~~ | ~~████~~ | |
| 06/26/09 Billed | DSM Expense | ~~██████████████████~~ | | ~~████~~ |
| 06/30/09 Billed | DSM Expense | ~~██████████████████~~ | | ~~████~~ |

| | | | | |
|---|---|---|---|---|
| Matter 32-1 20 transactions | | Hours: Expenses: | 33.60 | 116.38 |
| 20 transactions 1 matter | | Hours: Expenses: | 33.60 | 116.38 |

| Date Status | Timekeeper | Transaction Type Description | Hours | Amount |
|---|---|---|---|---|
| | | Matter 32-1      Preserve Our Island<br>First matter | | |
| 08/03/09<br>Billed | ▬▬▬ | ▬▬▬ Hourly<br>▬▬▬ Review of DNR briefs ▬▬▬ | ▬▬▬ | |
| 08/06/09<br>Billed | o DSM | Hourly<br>Prep | 1.50 | |
| 08/06/09<br>Billed | o DSM | Hourly<br>Phone call with Amy | 0.20 | |
| 08/07/09<br>Billed | o DSM | Hourly<br>Prepare for Hearing | 8.00 | |
| 08/08/09<br>Billed | o DSM | Hourly<br>Prepare for Hearing | 2.00 | |
| 08/09/09<br>Billed | o DSM | Hourly<br>Prepare for Hearing | 3.50 | |
| 08/10/09<br>Billed | o DSM | Hourly<br>Prepare for Hearing | 1.00 | |
| 08/10/09<br>Billed | o DSM | Hourly<br>Hearing | 2.00 | |
| 08/10/09<br>Billed | ▬▬▬ DNR ▬ Hourly<br>▬▬▬ Hearing on MSJ ▬▬▬ | | 2.50 | |
| 08/12/09<br>Billed | ▬▬ DSM ▬ Hourly<br>▬▬▬ Review Claim Response ▬▬▬ | | ▬▬▬ | |
| 08/12/09<br>Billed | ▬▬ DSM ▬ Hourly<br>▬▬▬ Further work ▬▬▬ | | ▬▬▬ | |
| 08/12/09<br>Billed | ▬▬ DSM ▬ Hourly<br>▬▬▬ Phone call with AG ▬▬▬ | | 0.30 | |
| 08/12/09<br>Billed | ▬▬ DNR ▬ Hourly<br>▬▬▬ Legal research (DNR authority) ▬▬▬ | | ▬▬▬ | |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Hours | Amount |
|---|---|---|---|---|
| 08/13/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~████████████████████████~~ | ~~███~~ | |
| 08/14/09<br>Billed | DSM | Hourly<br>Review decision; phone calls | 0.50 | |
| 08/14/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~████████~~ | ~~███~~ | |
| 08/14/09<br>Billed | ~~KDG~~ | ~~Hourly~~<br>~~████████████████████████~~ | ~~████~~ | |
| 08/17/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~████████████~~ | ~~███~~ | |
| 08/31/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~███████████████████████~~ | ~~████~~ | |
| 08/31/09<br>Billed | ~~DSM~~ | ~~Hourly~~<br>~~██████████████████~~ | ~~████~~ | |
| 08/31/09<br>Billed | DSM | Hourly<br>USDC: Legal Research re: fee petition | 1.50 | |

| Matter 32-1<br>21 transactions | | | Hours:<br>Expenses: | 26.40 | 0.00 |
|---|---|---|---|---|---|

| 21 transactions<br>1 matter | | | Hours:<br>Expenses: | 26.40 | 0.00 |
|---|---|---|---|---|---|

**Hours and Expenses by Matter**                              Hours
Period: 09/01/2009-09/11/2009

Matter 32:1                    Preserve Our Islands

Date        Timekeeper    Transaction Type

| Date | Timekeeper | Transaction Type | Hours |
|------|-----------|------------------|-------|
| 9/1/2009 | DSM | ~~Email with AG re: DNR briefing~~ | ~~0.1~~ |
| 9/1/2009 | DSM | USDC: LR and work on Fee petition | 1.8 |
| 9/2/2009 | DSM | USDC: LR and work on Fee petition | 1 |
| 9/3/2009 | DSM | USDC: LR and work on Fee petition | 1.2 |
| 9/8/2009 | DSM | USDC: Work on fee declaration | 1 |
| 9/8/2009 | DSM | USDC: Email with David Brickling | 0.1 |
| 9/9/2009 | DSM | USDC: work on plaintiffs' declaration; DSM Declaration; Fee Petition | 4.5 |
| 9/10/2009 | DSM | ~~DNR Reply Brief~~ | ~~1.5~~ |
| 9/11/2009 | DSM | USDC:  Finalize Fee Petition and Declaration | 1.6 |

# EXHIBIT 2

**SUMMARY OF HOURS BILLED**

Preserve Our Islands, et al. v. U.S. Army Corps of Engineers, et al.
No. C08-1353-RSM

| Year | Month | D.S. Mann | A. Peck | B. Donckers |
|------|-------|-----------|---------|-------------|
| 2008 | July | 17.9 | 32.7 | |
| | August | 7 | | |
| | September | 2.7 | | |
| | December | 32.2 | | 15.2 |
| | *2008 Subtotal* | *59.8* | *32.7* | *15.2* |
| | | | | |
| 2009 | January | 1.8 | | |
| | March | 25.5 | | |
| | April | 72.1 | | 3 |
| | May | 16.4 | | 16.3 |
| | June | 6.5 | | 14.9 |
| | August | 20.2 | | |
| | September | 11.2 | | |
| | *2009 Subtotal* | *153.7* | | *34.2* |

# EXHIBIT 3

$3,000
Paid 2.17.09
Check #697

18309 126th Ave., NE, #911,
Bothell, WA 98011
January 12, 2009

David S. Mann
Gendler & Mann, LLP
1424 Fourth Ave, Suite 1015
Seattle, WA 98101


Dear Mr. Mann,

Please remit $3,000 for preparation of declarations on behalf of Preserve our Islands
regarding proposed development of a dock at the Glacier Mine. This work required 30
hours of labor at $100 / hr.

Payment may be sent to me at the above address.

If you have any questions or need more details, please contact me at
dbain@u.washington.edu or call me at (425) 402-4378.

My Social Security Number is ██████████

Thank you for your prompt attention to this matter.

ENTERED ON: __/__/__
BY:

Sincerely,

David E. Bain

Dr. David E. Bain