| | |
|---|---|
| | The Honorable Ricardo S. Martinez |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRESERVE OUR ISLANDS, et al, | |
| Plaintiffs, | NO. C08-1353-RSM |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al, | CERTIFICATE OF SERVICE |
| Defendants, | |
| and | |
| NORTHWEST AGGREGATES COMPANY, | |
| Defendant-Intervenors. | |

I hereby certify that on September 11, 2009, I caused the following documents, Plaintiffs' Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act; Declaration of David S. Mann in Support of Plaintiffs' Motion for Fees and Expenses; Declaration of Amy Carey in Support of Plaintiffs' Motion for Fees and Expenses; Declaration of Kathy Fletcher in Support of Plaintiffs' Motion for Fees and Expenses; Declaration of Joan Crooks in Support of Plaintiffs' Motion for Fees and Expenses; and,

CERTIFICATE OF SERVICE (C08-1353-RSM) - 1

**GENDLER & MANN, LLP**
1424 Fourth Avenue, Suite 1015
Seattle, WA 98101
Phone: (206) 621-8868
Fax: (206) 621-0512

Declaration of David A. Bricklin in Support of Plaintiffs' Motion for Fees and Expenses, to be filed with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

| | |
|---|---|
| Brian C. Kipnis<br>Assistant United States Attorney<br>5220 United States Courthouse<br>700 Stewart Street<br>Seattle, WA 98101-1671<br>E-mail: brian.kipnis@usdoj.gov<br><br>John C. Cruden<br>Acting Assistant Attorney General<br>S. Jay Govindan<br>Senior Trial Attorney<br>Jay.Govindan@usdoj.gov<br>Daniel Steele<br>Trial Attorney<br>Daniel.Steele@usdoj.gov<br>Monica Derbes Gibson<br>Trial Attorney<br>Monica.gibson@usdoj.gov<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Washington, D.C.<br>(Attorneys for Federal Defendants) | William F. Cronin<br>Sarah E. Tilstra<br>Corr Cronin Michelson Baumgardner & Preece LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>E-mails: wcronin@corrcronin.com,<br>aesteves@corrcronin.com,<br>reception@corrcronin.com,<br>stilstra@corr.cronin.com,<br>dpatterson@corr.cronin.com<br><br>(Attorneys for Northwest Aggregates)<br><br>Stephen Roos<br>Hillis Clark Martin and Peterson<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925<br>E-mails: shr@hcmp.com<br><br>(Attorneys for Northwest Aggregates Company) |

I, HEREBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington, that the foregoing is true and correct.

CERTIFICATE OF SERVICE (C08-1353-RSM) - 2

| | |
|---|---|
| 1 | EXECUTED this 11th day of September, 2009, at Seattle, Washington. |
| 2 | |
| 3 | s/ David S. Mann |
|   | WSBA No. 21068 |
| 4 | Gendler & Mann, LLP |
|   | 1424 Fourth Avenue, Suite 1015 |
| 5 | Seattle, WA 98101 |
|   | Telephone: (206) 621-8868 |
| 6 | Fax: (206) 621-0512 |
| 7 | E-mail: mann@gendlermann.com |
| 8 | \POI(Den)\USDC New 08-1353RSM\Cert of Service NEW |

CERTIFICATE OF SERVICE (C08-1353-RSM) - 3