# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PRESERVE OUR ISLANDS, et al., | Case No. CV-08-1353-RSM |
| Plaintiffs, | |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | STIPULATED SETTLEMENT AGREEMENT AND ORDER APPROVING |
| Federal Defendants, | |
| and | |
| NORTHWEST AGGREGATES COMPANY, | |
| Defendant-Intervenor. | |

**STIPULATED SETTLEMENT AGREEMENT**

This Stipulated Settlement Agreement ("Stipulation") is made between Plaintiffs,

STIPULATED SETTLEMENT AGREEMENT
REGARDING PLAINTIFFS' CLAIM FOR
ATTORNEYS' FEES AND COSTS

*U.S. Department of Justice*
*Environment and Natural Resources Div.*
*P.O. Box 7369*
*Washington, DC 20044-7369*
*Tel: (202) 305-0342*

Preserve our Islands, *et al.* ("Plaintiffs") and Defendants, the U.S. Army Corps of Engineers, *et al.* ("Federal Defendants") to resolve Plaintiffs' claim for attorneys' fees and costs in connection with Case No. 08-1353-DSM.

WHEREAS on September 9, 2008, Plaintiffs filed a complaint in this Court alleging that the Corps' decision to approve the permit for the construction of a dock on Maury Island, Washington ("Project") violated the Endangered Species Act ("ESA"), National Environmental Policy Act ("NEPA"), Rivers and Harbors Act ("RHA"), Marine Mammal Protection Act ("MMPA") and Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), see Complaint (Dock. Entry No. 1);

WHEREAS on November 19, 2008, Plaintiffs filed an Amended Complaint abandoning their MMPA and MSA claims, see Amended Complaint (Dock. Entry No. 10);

WHEREAS on August 13, 2009, the Court granted Plaintiffs' motion for summary judgment in part, denied Plaintiffs' motion for summary judgment in part, and denied Federal Defendants' cross motion for summary judgment based on violations of NEPA and the ESA (Dock. Entry No. 58) ("Summary Judgment Decision").

WHEREAS in the Summary Judgment Decision, the Court did not render a decision as to Plaintiffs' RHA claim;

WHEREAS on August 14, 2009, Defendant-Intervenor Northwest Aggregates Company appealed the Summary Judgment Decision to the U.S. Court of Appeals for the Ninth Circuit, which designated Defendant-Intervenors' appeal as Case No. 09-35758 ("NW Aggregates' Appeal"), Dock. Entry No. 60;

STIPULATED SETTLEMENT AGREEMENT
REGARDING PLAINTIFFS' CLAIM FOR
ATTORNEYS' FEES AND COSTS

2

*U.S. Department of Justice*
*Environment and Natural Resources Div.*
*P.O. Box 7369*
*Washington, DC 20044-7369*
*Tel: (202) 305-0342*

WHEREAS on October 9, 2009, the Federal Defendants appealed the Summary Judgment Decision to the U.S. Court of Appeals for the Ninth Circuit, which designated Federal Defendants' appeal as Case No. 09-35917 ("Federal Defendants' Appeal"), see Dock. Entry No. 68;

WHEREAS on December 16, 2009, the Federal Defendants voluntarily dismissed Federal Defendants' Appeal;

WHEREAS on July 30, 2010, NW Aggregates voluntarily dismissed NW Aggregates' Appeal;

WHEREAS Plaintiffs and Federal Defendants ("the parties") agree that it serves the interests of the parties and judicial economy and efficiency to settle Plaintiffs' claim for attorneys' fees and costs without the need for further litigation;

WHEREAS the parties enter into this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal;

ACCORDINGLY, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:

1. The parties agree to the following terms in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court, and jointly move this Court to approve this stipulation and sign the attached order.

2. The Federal Defendants agree to pay **$81,500.00** to settle Plaintiffs' entire claim for attorneys' fees and costs in connection with the above-captioned litigation.

3. A check shall be made payable in this amount to Gendler & Mann, LLP, 1424 4th Ave., Ste. 1015, Seattle, Washington 98101.  Federal Defendants agree to

STIPULATED SETTLEMENT AGREEMENT
REGARDING PLAINTIFFS' CLAIM FOR
ATTORNEYS' FEES AND COSTS

3

*U.S. Department of Justice*
*Environment and Natural Resources Div.*
*P.O. Box 7369*
*Washington, DC 20044-7369*
*Tel: (202) 305-0342*

submit all necessary paperwork to the Department of Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of receipt of the signed court order approving this Stipulation.

4. Plaintiffs agree to accept this payment in full satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), the ESA, 16 U.S.C. § 1540(g), and/or any other statute and/or common law theory, through and including the date of this Stipulation, incurred in connection with this litigation, including: (a) fees or costs incurred in connection with Plaintiffs' RHA claim; and (b) fees or costs incurred in connection with the NW Aggregates' and Federal Defendants' Appeals.

5. By this Stipulation, Federal Defendants do not waive any right to contest fees claimed by Plaintiffs, including the hourly rate, in any future litigation or continuation of the present action.  Further, this Stipulation to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

6. Each of the parties' undersigned representatives certifies that they are fully authorized to enter into and execute the terms and conditions of this Stipulation and do hereby agree to the terms herein.

7. The terms of this Stipulation shall become effective upon entry of an order by the Court ratifying the Stipulation.

Respectfully submitted this 20th day of September, 2010.

Respectfully submitted,

STIPULATED SETTLEMENT AGREEMENT
REGARDING PLAINTIFFS' CLAIM FOR
ATTORNEYS' FEES AND COSTS

*U.S. Department of Justice*
*Environment and Natural Resources Div.*
*P.O. Box 7369*
*Washington, DC 20044-7369*
*Tel: (202) 305-0342*

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

*/s/ J. Brett Grosko*                               */s/ David S. Mann* (with permission)

| | |
|---|---|
| J. BRETT GROSKO | DAVID SCOTT MANN (WSBA No. 21068) |
| Trial Attorney (Md. Bar) | GENDLER & MANN, LLP |
| JAY GOVINDAN | 1424 4th Ave., Ste. 1015 |
| Trial Attorney (D.C. Bar No. 470504) | Seattle, WA 98101 |
| Wildlife and Marine Resources Section | Tel: (206) 621-8868 |
| Environment and Nat. Resources Div. | mann@gendlermann.com |
| U.S. Department of Justice | |
| P.O. Box 7369 | *Counsel for Plaintiffs* |
| Washington, DC 20044-7369 | |
| Ph: 202-305-0342/Fax: 202-305-0275 | |
| brett.grosko@usdoj.gov | |

DANIEL G. STEELE
Trial Attorney (D.C. Bar No. 962894)
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington , DC 20044-0663
Tel: 202-305-0484
Daniel.steele@usdoj.gov

MONICA DERBES GIBSON
Trial Attorney (VA State Bar No. 36373)
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 23986
Washington , DC 20026-3986
Tel: 202-514-0135
monica.gibson@usdoj.gov

*Counsel for Federal Defendants*

STIPULATED SETTLEMENT AGREEMENT
REGARDING PLAINTIFFS' CLAIM FOR
ATTORNEYS' FEES AND COSTS

5

*U.S. Department of Justice*
*Environment and Natural Resources Div.*
*P.O. Box 7369*
*Washington, DC 20044-7369*
*Tel: (202) 305-0342*

1
2
3   **ORDER**

4   The Stipulated Settlement Agreement of the parties, dated September 20, 2010, is hereby approved.

5
6   Dated this 27 day of September 2010.

7
8
9                                                    _____
                                                    RICARDO S. MARTINEZ
10                                                   UNITED STATES DISTRICT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED SETTLEMENT AGREEMENT             *U.S. Department of Justice*
REGARDING PLAINTIFFS' CLAIM FOR              *Environment and Natural Resources Div.*
ATTORNEYS' FEES AND COSTS                    *P.O. Box 7369*
                                             *Washington, DC 20044-7369*
                            4                *Tel: (202) 305-0342*